■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN KING, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Gazzillo, J.), imposed October 30, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Crane, Mastro and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO LUNA, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from two resentences of the County Court, Suffolk County (Gazzillo, J.), both imposed February 1, 2006, on the ground that the resentences are excessive.

Ordered that the resentences are affirmed. No opinion. Florio, J.P., Santucci, Skelos and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MAISONET, Appellant. [821 NYS2d 905]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 14, 2003 (*People v Maisonet,* 304 AD2d 674 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered November 12, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Adams, J.P., Crane, Goldstein and Fisher, JJ., concur.